## OLD KENT MORTGAGE SERVICES *v.* DORIS FORD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 24300) is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Raymond J. Devlin, Jr.*, in support of the petition.

*Matthew B. Woods*, in opposition.

Decided March 31, 2005

## ANDRE P. LOUIS *v.* MICHAEL GALELLA

The plaintiff's petition for certification for appeal from the Appellate Court (AC 25932) is denied.

*Andre P. Louis*, pro se, in support of the petition.

Decided March 31, 2005